## RESOLUTION BY THE OWNER(S) OF SKYNET TRANSPORTATION, LLC

**WHEREAS**, the company is insolvent and unable to pay its debts when due, and

**WHEREAS**, the company, its creditors, and all interested parties would be best served by liquidation of the company under chapter 7 of the United States Bankruptcy Code, and

**WHEREAS**, it is necessary for the company to engage counsel to advise the company of its rights and obligations under the Bankruptcy Code and to assist it in fulfillment of those obligations.

**NOW, THEREFORE, BE IT RESOLVED** that Anthony Smith, as Principal, is authorized and directed to engage counsel, namely Cibik Law, P.C., to represent the company in bankruptcy proceedings, and

**BE IT FURTHER RESOLVED** that Anthony Smith, as Principal, is authorized and directed to sign a petition for relief under chapter 7 of the United States Bankruptcy Code and to assist counsel in fulfilling the company's obligations under the Bankruptcy Code.



*I, Anthony Smith, Principal of Skynet Transportation, LLC, do hereby certify that the foregoing is a true, complete, and accurate copy of the resolution duly adopted by the member(s) of the company by unanimous consent on this date, that the resolution is now in full force and effect, and that the member(s) did and do have the authority to adopt the resolution.*

*IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of the company on this 27th day of October, 2025.*

Anthony Smith (Oct 27, 2025 16:03:14 EDT)
Anthony Smith
Principal