United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                             Case No. 25-14333-amc
Skynet Transportation, LLC                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                        User: admin                                          Page 1 of 2
Date Rcvd: Oct 28, 2025                          Form ID: 309C                                  Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Skynet Transportation, LLC, 2150 E. Washington Lane, Anthony Lawrence Smith, Philadelphia, PA 19138-1346 |
| 15065138 | | Headway Capital, LLC, c/o Zwicker, P.C., 900 Northbrook Dr Ste 102, Fstrvl Trvose, PA 19053-8432 |
| 15065140 | + | Navy Federal Credit Union, 1007 Electric Avenue, Vienna, VA 22180-4902 |
| 15065142 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15065145 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15065147 | + | Pucin & Friendland, 935 National Parkway Suite 40, Schaumburg, IL 60173-5150 |
| 15065149 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@cibiklaw.com | Oct 29 2025 00:34:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | + | EDI: BRWSEITZER | Oct 29 2025 04:31:00 | ROBERT W. SEITZER, 1900 Spruce Street, Philadelphia, PA 19103-6605 |
| smg | | Email/Text: megan.harper@phila.gov | Oct 29 2025 00:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Oct 29 2025 04:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 29 2025 00:34:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15065135 | + | Email/PDF: bncnotices@becket-lee.com | Oct 29 2025 00:41:13 | American Express, Attn: Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 15065134 | | Email/PDF: bncnotices@becket-lee.com | Oct 29 2025 00:41:13 | American Express, Attn: Bankruptcy, 200 Vesey St, New York, NY 10285-1000 |
| 15065136 | | Email/Text: megan.harper@phila.gov | Oct 29 2025 00:35:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15065137 | | Email/Text: bankruptcy@philapark.org | Oct 29 2025 00:35:00 | City of Philadelphia, Attn: Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15065139 | | EDI: IRS.COM | Oct 29 2025 04:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15065141 | + | Email/Text: emiller@northmillef.com | Oct 29 2025 00:34:00 | North Mill Equipment Finance, LLC, 601 Merritt 7 Suite 5, Norwalk, CT 06851-1097 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 28, 2025 | Form ID: 309C | Total Noticed: 22 |

| | | | |
|---|---|---|---|
| 15065143 | EDI: PENNDEPTREV | Oct 29 2025 04:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15065144 | ^ MEBN | Oct 29 2025 00:28:13 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15065146 | Email/Text: bankruptcy@philapark.org | Oct 29 2025 00:35:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15065148 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 29 2025 00:34:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2025        Signature:    /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Skynet Transportation, LLC <br> Name | EIN: | 87–1391517 |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter: | 7   10/27/25 |
| Case number: | 25–14333–amc | | |

Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Skynet Transportation, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2150 E. Washington Lane <br> Anthony Lawrence Smith <br> Philadelphia, PA 19131 | |
| 4. | **Debtor's attorney** <br> Name and address | MICHAEL A. CIBIK <br> Cibik Law, P.C. <br> 1500 Walnut Street <br> Suite 900 <br> Philadelphia, PA 19102 | Contact phone 215–735–1060 <br><br> Email: help@cibiklaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | ROBERT W. SEITZER <br> 1900 Spruce Street <br> Philadelphia, PA 19103 | Contact phone 215–510–7508 <br><br> Email: rseitzer@karalislaw.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Hours open: <br> Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M. <br><br> Contact phone (215)408–2800 <br><br> Date: 10/28/25 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 24, 2025 at 03:50 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (445) 205–3833, Enter Meeting ID 491 091 4076, and Passcode 6690263125** <br> For additional meeting info. go to https://www.justice.gov/ust/moc |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**